**Order entered March 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00940-CV**

**FIVE STAR GLOBAL, LLC, FIVE STAR GLOBAL HOLDINGS, LLC, FIVE STAR GLOBAL INVESTMENT HOLDINGS, LLC, CALIDANT CAPITAL, LLC A/K/A CCP WOLF HOLDINGS, LLC, DREW N. BAGOT, AND DAVID W. LAI, Appellants**

**V.**

**MARK HULME AND FIVE POINTS HOLDINGS, LLC, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08643**

**ORDER**
Before Chief Justice Burns, Justice Molberg, and Justice Nowell

Based on this Court's opinion of this date, we **AFFIRM** the trial court's November 30, 2020 order setting the counter-supersedeas bond. We **LIFT** this Court's December 3, 2020 order staying enforcement of the trial court's October 23, 2020 receivership order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE